IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br> vs.<br><br>TOM MARVIN MUÑOZ,<br><br>   *Defendant.* | Case No. 1:15-mj-00148-SAB<br><br>ORDER DENYING STIPULATION FOR TELEPHONIC APPEARANCE<br><br>(ECF No. 5) |

On October 1, 2015, a criminal complaint was filed in this action against Defendant Tom Marvin Munoz. Arraignment on the complaint is set for November 19, 2015 at 9:00 a.m. in Courtroom 9. On November 17, 2015, 2015, the parties filed a stipulation to allow Defendant to appear telephonically at the November 19, 2015 arraignment.

The Court requires a criminal defendant to appear for arraignment on the complaint. Accordingly, the parties stipulation to allow Defendant to appear telephonically at the November 19, 2015 hearing is HEREBY DENIED. Defendant is required to appear for the November 19, 2015 hearing and may address a waiver of future appearances at that time.

IT IS SO ORDERED.

Dated: **November 17, 2015**

                UNITED STATES MAGISTRATE JUDGE