1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   TOM MARVIN MUNOZ

7

8                      IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) CASE No. 1:15-MJ-00148 SAB
                                   )
12          *Plaintiff*,           ) **STIPULATION TO CONTINUE STATUS**
                                   ) **CONFERENCE;  ORDER**
13  vs.                            )
                                   ) Date:   April 7, 2016
14  TOM MARVIN MUNOZ,              ) Time:   10:00 a.m.
                                   ) Judge:  Hon. Stanley A. Boone
15          *Defendant*.           )
                                   )
16  _____ )

17          **IT IS HEREBY STIPULATED** by the parties hereto, through their respective counsel,

18  that the status conference in the above-captioned matter now set for March 3, 2016, be continued

19  to **April 7, 2016 at 10:00 a.m.**

20          Defense counsel will be out of the office on March 3, 2016 and is therefore requesting

21  this continuance.  Defense counsel will be travelling out of district from March 3, 2016 through

22  March 5, 2016 and again on March 11, 2016 through March 21, 2016.  The parties agree that the

23  additional time prior to the next status conference will allow them to engage in further plea

24  negotiations and investigation necessary to resolve this case.

25          The requested continuance is with the intention of conserving time and resources for both

26  parties and the court.  The parties agree that the delay resulting from the continuance shall be

27  excluded in the interests of justice, including but not limited to, the need for the period of time

28  set forth herein for effective defense preparation, defense investigation, and plea negotiation

purposes, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated:  February 24, 2016         */s/ Katherine Plante*
                                      KATHERINE PLANTE
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


                                      HEATHER E. WILLIAMS
                                      Federal Defender

Dated:  February 24, 2016         */s/ Megan T. Hopkins*
                                        MEGAN T. HOPKINS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      TOM MARVIN MUNOZ

**O R D E R**

IT IS SO ORDERED.

Dated:  **February 25, 2016**            _____
                                          UNITED STATES MAGISTRATE JUDGE