# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:15-mj-00148-SAB |
| Plaintiff, | ) ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| TOM MUNOZ, | ) ) ) | |
| Defendant. | ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Operating a Motor Vehicle Without Due Care, in violation of 36 CFR 4.22(b)(1)

**Sentence Date:** July 21, 2016

**Review Hearing Date:** February 2, 2017

**Probation Expires On:** July 20, 2017

## CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,000 fine and $10 special assessment

☒ Payment schedule: $150.00/month beginning in May of 2016

☐ Community Service hours Imposed of:

☒ Other Conditions: Complete Defensive Driving Course and File Certificate

## COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐ To date, Defendant has paid a total of $
  ☐ If not paid in full when was last time payment:   Date:
                                                       Amount:

☐ To date, Defendant has completed _____ hours of community service.

☐ Compliance with Other Conditions of Probation:

## GOVERNMENT POSITION:

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: /s/ *Michael Tierney*

### DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 2/2/2017 at 10:00 a.m.

    ☐ be continued to _____ at 10:00 a.m.; or

    ☒ be vacated.

☒ In the event that the hearing is not continued, that Defendant's appearance for the review hearing be waived.

DATED: 12/16/2016                  */s/ Megan Hopkins*
                                            DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED in part. The Court orders that the Review Hearing set for February 2, 2017 at 2:00 pm be continued to June 1, 2017 at 10:00 a.m. Defendant is ordered appear at that date and time and to file a status report 14 days in advance of the review hearing

☐ DENIED.

IT IS SO ORDERED.

Dated: **December 19, 2016**

                                                    UNITED STATES MAGISTRATE JUDGE