# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:15-mj-00148-SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| TOM MUNOZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a Motor Vehicle Without Due Care, in violation of 36 CFR 4.22(b)(1) |
| **Sentence Date:** | July 21, 2016 |
| **Review Hearing Date:** | June 1, 2017 |
| **Probation Expires On:** | July 20, 2017 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,000 fine and $10 special assessment

☒ Payment schedule: $150.00/month beginning in May of 2016

☐ Community Service hours Imposed of:

☒ Other Conditions: Complete Defensive Driving Course and File Certificate

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

### *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: /s/ *Michael Tierney*

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒    that the review hearing set for 6/1/2017 at 10:00 a.m.

    ☐    be continued to _____ at 10:00 a.m.; or

    ☒    be vacated.

DATED:  5/18/2017                                         */s/ Megan Hopkins*_____
                                           DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒    GRANTED.  The Court orders that the Review Hearing be vacated.

☐    DENIED.

IT IS SO ORDERED.

Dated:   **May 19, 2017**   _____
                                     UNITED STATES MAGISTRATE JUDGE